DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLINTON HANSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1187

[October 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2019-CF-007238-AXXX-MB.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

**ON MOTION FOR REHEARING**

PER CURIAM.

We grant appellant's motion for rehearing, withdraw our earlier opinion, and substitute the following:

*Affirmed. See Maye v. State*, 368 So. 3d 531 (Fla. App. 6 Dist. 2023), *review granted*, SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024); *Chapa v. State*, 159 So. 3d 361 (Fla. 4th DCA 2015).

WARNER, CIKLIN and LEVINE, JJ., concur.

\*       \*       \*

***No further motions for rehearing shall be submitted.***